1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11 JAMIE D. JEFFERSON,                ) NO. CV 16-7785-DOC(E)
                                      )
12           Plaintiff,               )
                                      )
13      v.                            ) ORDER ACCEPTING FINDINGS,
                                      )
14 LOS ANGELES COUNTY SHERIFFS        ) CONCLUSIONS AND RECOMMENDATIONS
   DEPARTMENT,                        )
15                                    ) OF UNITED STATES MAGISTRATE JUDGE
             Defendant.               )
16 _____)
17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19 Complaint, all of the records herein and the attached Report and
20 Recommendation of United States Magistrate Judge.  Further, the Court
21 has engaged in a <u>de novo</u> review of those portions of the Report and
22 Recommendation to which any objections have been made.  The Court
23 accepts and adopts the Magistrate Judge's Report and Recommendation.
24
25       IT IS ORDERED that: (1) the Report and Recommendation of the
26 Magistrate Judge is accepted and adopted; and (2) Judgment shall be
27 entered dismissing the action without prejudice.
28 ///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

DATED: January 13, 2017.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2