JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMIE D. JEFFERSON, | ) | NO. CV 16-7785-DOC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFFS DEPARTMENT, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 13, 2017.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE